IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Jennifer A. Smith, | ) | C.A. No. 1:10-2416-TLW-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Michael J. Astrue, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

In this case, plaintiff seeks judicial review of the final decision of the Commissioner denying her claim for Supplemental Security Income. This matter now comes before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Shiva V. Hodges, to whom this case had previously been assigned. In her report, Magistrate Judge Hodges recommends that the defendant Commissioner's decision be affirmed. (Doc. # 18). The Report was filed on September 9, 2011. To date, no objections have been filed.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections have been filed to the Report. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the

1

2

applicable law. Therefore, it is hereby **ORDERED** that the Magistrate Judge's Report is

**ACCEPTED** (Doc. # 18); and the Commissioner's decision is **AFFIRMED**.

    **IT IS SO ORDERED.**

                                    s/ Terry L. Wooten
                                    **TERRY L. WOOTEN**
                                    **UNITED STATES DISTRICT JUDGE**

October 19, 2011
Florence, South Carolina

1:10-cv-02416-TLW     Date Filed 10/19/11     Entry Number 23     Page 2 of 2